UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 12110
    ELIAS S NAJJAR
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

           Debtor
    SSN XXX-XX-9198

--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 07/06/2007 and was not confirmed.

    The case was dismissed without confirmation 10/24/2007.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| LASALLE BANK NA | CURRENT MORTG | .00 | .00 | .00 |
| THOMAS R HITCHCOCK | PRIORITY | NOT FILED | .00 | .00 |
| AMERICAN COLLECTION | UNSEC W/INTER | NOT FILED | .00 | .00 |
| ARMOR SYSTEMS CO | UNSEC W/INTER | NOT FILED | .00 | .00 |
| ARMOR SYSTEMS CO | UNSEC W/INTER | NOT FILED | .00 | .00 |
| ARMOR SYSTEMS CO | UNSEC W/INTER | NOT FILED | .00 | .00 |
| ARMOR SYSTEMS CO | UNSEC W/INTER | NOT FILED | .00 | .00 |
| ARMOR SYSTEMS CO | UNSEC W/INTER | NOT FILED | .00 | .00 |
| ARMOR SYSTEMS CO | UNSEC W/INTER | NOT FILED | .00 | .00 |
| ARMOR SYSTEMS CO | UNSEC W/INTER | NOT FILED | .00 | .00 |
| ARMOR SYSTEMS CO | UNSEC W/INTER | NOT FILED | .00 | .00 |
| ARMOR SYSTEMS CO | UNSEC W/INTER | NOT FILED | .00 | .00 |
| ARMOR SYSTEMS CO | UNSEC W/INTER | NOT FILED | .00 | .00 |
| ARMOR SYSTEMS CO | UNSEC W/INTER | NOT FILED | .00 | .00 |
| ARMOR SYSTEMS CO | UNSEC W/INTER | NOT FILED | .00 | .00 |
| ARMOR SYSTEMS CO | UNSEC W/INTER | NOT FILED | .00 | .00 |
| ARMOR SYSTEMS CO | UNSEC W/INTER | NOT FILED | .00 | .00 |
| ARMOR SYSTEMS CO | UNSEC W/INTER | NOT FILED | .00 | .00 |
| CITICARD | UNSEC W/INTER | NOT FILED | .00 | .00 |
| DISCOVER FINANCIAL SERVI | UNSEC W/INTER | 12491.27 | .00 | .00 |
| HOLY FAMILY MEDICAL CTR | UNSEC W/INTER | NOT FILED | .00 | .00 |
| CHASE BANK USA NA | UNSEC W/INTER | 310.47 | .00 | .00 |
| MEDICAL BUSINESS BUREAU | UNSEC W/INTER | NOT FILED | .00 | .00 |
| MEDICAL COLLECTIONS SYS | UNSEC W/INTER | NOT FILED | .00 | .00 |
| ORION ANESTHESIA ASS | UNSEC W/INTER | NOT FILED | .00 | .00 |
| RJF CHICAGO CONSULTANTS | UNSEC W/INTER | 7920.00 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSEC W/INTER | 6085.39 | .00 | .00 |
| SALIM E NAJJAR | NOTICE ONLY | NOT FILED | .00 | .00 |
| THOMAS R HITCHCOCK | DEBTOR ATTY | 2,838.50 | | .00 |
| TOM VAUGHN | TRUSTEE | | | .00 |
| DEBTOR REFUND | REFUND | | | .00 |

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                  RECEIPTS              DISBURSEMENTS

              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 12110 ELIAS S NAJJAR

```
--------------------------------------------------------------------------
TRUSTEE                                    .00

PRIORITY                                                        .00
SECURED                                                         .00
UNSECURED                                                       .00
ADMINISTRATIVE                                                  .00
TRUSTEE COMPENSATION                                            .00
DEBTOR REFUND                                                   .00
                              ---------------   ---------------
TOTALS                                 .00               .00
```

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


    Dated: 01/25/08              /s/ Tom Vaughn
                                 _____
                                 TOM VAUGHN
                                 CHAPTER 13 TRUSTEE